IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thames, Gregory | Case Number: 08 B 02235 |
|---|---|---|
| | Thames, Debra | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/31/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 8, 2009
Confirmed: May 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,780.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,664.29 |
| Trustee Fee: | | 115.71 |
| Other Funds: | | 0.00 |
| Totals: | 1,780.00 | 1,780.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,000.00 | 1,664.29 |
| 2. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | Popular Mortgage Services | Secured | 19,000.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 703.09 | 0.00 |
| 5. | Illinois Dept of Revenue | Unsecured | 13.93 | 0.00 |
| 6. | Wells Fargo Financial Illinois Inc | Unsecured | 1,036.26 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 520.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 33.69 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 447.01 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 40.77 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 83.01 | 0.00 |
| 12. | RMI/MCSI | Unsecured | 520.00 | 0.00 |
| 13. | RJM Acquisitions LLC | Unsecured | 9.75 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 34.61 | 0.00 |
| 15. | Wells Fargo Financial | Secured | | No Claim Filed |
| 16. | Collection Company Of America | Unsecured | | No Claim Filed |
| 17. | Collection Company Of America | Unsecured | | No Claim Filed |
| 18. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 21. | Mutual Hospital Services | Unsecured | | No Claim Filed |
| 22. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 23. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 24. | National Credit | Unsecured | | No Claim Filed |
| 25. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 26. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Thames, Gregory | Case Number: 08 B 02235 |
|---|---|---|
| | Thames, Debra | Judge: Wedoff, Eugene R |
| | Printed: 02/24/09 | Filed: 1/31/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Nicor Gas | Unsecured | | No Claim Filed |
| 28. I C Systems Inc | Unsecured | | No Claim Filed |
| 29. R & R Country Motors | Unsecured | | No Claim Filed |
| 30. RMI/MCSI | Unsecured | | No Claim Filed |
| 31. Sinai Medical Group | Unsecured | | No Claim Filed |
| 32. Mutual Hospital Services | Unsecured | | No Claim Filed |
| 33. Drive Financial Services | Unsecured | | No Claim Filed |
| 34. Mutual Hospital Services | Unsecured | | No Claim Filed |
| 35. RMI/MCSI | Unsecured | | No Claim Filed |
| 36. Mutual Hospital Services | Unsecured | | No Claim Filed |
| 37. Wells Fargo Financial | Unsecured | | No Claim Filed |
| 38. RMI/MCSI | Unsecured | | No Claim Filed |
| 39. Mutual Hospital Services | Unsecured | | No Claim Filed |
| 40. Mutual Hospital Services | Unsecured | | No Claim Filed |
| | | $ 25,442.12 | $ 1,664.29 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 115.71 |
| | $ 115.71 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*